# United States District Court
## Violation Notice (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CO1 | E 1964633 | A. JTRA | S30E |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 02/13/2025 0744 | TITLE 18 USC.13 |

Place of Offense: Korina St / Utah Ave (USFS)

Offense Description: Factual Basis for Charge   HAZMAT ☐
CVC 22450(a); "Failure to stop @ stop sign"

### DEFENDANT INFORMATION

Last Name: GREEN
First Name: FASON
MI: A

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| CNZ7839 | WA | 03 | TOY/TUNDRA | | WHT |

APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 35.00 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov
$ 65.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 1415 State Street, Santa Barbara, CA 93101
Date: Apr 17 2025
Time: 1300 hrs

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy



*E1964633*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on FEBRUARY 13th, 20 25 while exercising my duties as a law enforcement officer in the Central District of California

See attached.

The foregoing statement is based upon:
☑ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/13/2025
Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident, PASS = 9 or more passenger vehicle
CDL = Commercial driver's license, CMV = Commercial vehicle involved in incident